IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOMYIA CRENSHAW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-731-L** |
| | § | |
| LEONARD ANDERSON; DARRIEN ROBERTSON; and THE CITY OF DALLAS, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendants' Leonard Anderson and Darrien Robertson's Unopposed Motion to Extend Deadline for Responsive Pleading ("Motion") (Doc. 9), filed May 3, 2024. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, the deadline for Defendants to file their responsive pleadings is **June 3, 2024**. *No further extensions will be granted.*

**It is so ordered** this 7th day of May, 2024.

Sam A. Lindsay
United States District Judge

Order – Solo Page