IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TOMYIA CRENSHAW,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. **3:24-CV-731-L** |
| | § |
| **LEONARD ANDERSON; DARRIEN ROBERTSON; and THE CITY OF DALLAS,** | § |
| | § |
| Defendants. | § |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Defendants Leonard Anderson and Darrien Robertson's Motion to Dismiss Plaintiff's Complaint, and Brief in Support** ("Motion") (Doc. 12), filed June 3, 2024, is hereby referred to United States Magistrate Judge **Rebecca Rutherford** for hearing, if necessary, and for the United States Magistrate Judge to submit to the court proposed findings and recommendations for disposition of the Motion. This order of reference also prospectively refers all procedural motions that are related to the referred Motion to the United States Magistrate Judge for resolution. All future filings regarding the referred Motion shall be addressed "To the Honorable United States Magistrate Judge"—not to the district judge or court—so that filings will reach her without delay.

Local Civil Rules 72.1 and 72.2 provide that, unless otherwise directed by the presiding district judge, a party who files objections under Federal Rules of Civil Procedure 72(a) and (b)(2) to magistrate judge orders regarding pretrial nondispositive matters, or findings and recommendations on dispositive motions, may file a reply brief within 14 days from the date the response to the objections or response brief is filed. The court does not allow parties to file a reply

**Order of Reference – Page 1**

brief with respect to magistrate judge orders or findings and recommendations, unless leave is granted to file the reply brief. The court will strike or disregard any reply brief filed in violation of this order.

**It is so ordered** this 11th day of June, 2024.

_____
Sam A. Lindsay
United States District Judge