IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TOMYIA CRENSHAW,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-731-L** |
| § | |
| **LEONARD ANDERSON; DARRIEN** § | |
| **ROBERTSON; and CITY OF DALLAS,** § | |
| § | |
| Defendants. § | |

# JUDGMENT

This judgment is issued pursuant to the court's order dated March 6, 2025. It is, therefore, **ordered, adjudged, and decreed** that this action and all claims by Plaintiff Tomyia Crenshaw ("Plaintiff") against Defendants Leonard Anderson, Darrien Robertson, and the City of Dallas ("Defendants") are **dismissed with prejudice**; that Plaintiff take nothing against Defendants; that all relief not granted is **denied** unless applicable law allows a party to seek some type of postjudgment relief; and that all allowable and reasonable costs are taxed against Plaintiff.

**Signed** this 6th day of March, 2025.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**